UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60039-CR-BLOOM (COHN)

UNITED STATES OF AMERICA,

v.

DE ANDRE SMITH,

    Defendant.
_____/

## VERDICT

(1)    We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 1, Hobbs Act Robbery:

    GUILTY __✓__        NOT GUILTY _____

(2)    We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 2, Using or Carrying and Possessing a Firearm in Furtherance of a Violent Crime:

    GUILTY __✓__        NOT GUILTY _____

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT 2, THEN PROCEED TO THE NEXT PARAGRAPH. IF YOU FIND THE DEFENDANT NOT GUILTY AS TO COUNT 2, THEN PROCEED TO PARAGRAPH 4.

(3)    We, the Jury, having found the Defendant, **DE ANDRE SMITH**, guilty of the offense charged in Count 2, further unanimously find with respect to Count 2 that the firearm was brandished.

    YES __✓__        NO _____

(4)    We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 3, Carjacking:

    GUILTY __✓__        NOT GUILTY _____

(5) We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 4, Using or Carrying and Possessing a Firearm in Furtherance of a Violent Crime:

GUILTY ✓          NOT GUILTY _____

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT 4, THEN PROCEED TO THE NEXT PARAGRAPH. IF YOU FIND THE DEFENDANT NOT GUILTY AS TO COUNT 4, THEN PROCEED TO PARAGRAPH 7.

(6) We, the Jury, having found the Defendant, **DE ANDRE SMITH**, guilty of the offense charged in Count 4, further unanimously find with respect to Count 4 that the firearm was brandished.

YES ✓          NO _____

(7) We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 5, Hobbs Act Robbery:

GUILTY ✓          NOT GUILTY _____

(8) We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 6, Using or Carrying and Possessing a Firearm in Furtherance of a Violent Crime:

GUILTY ✓          NOT GUILTY _____

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT 6, THEN PROCEED TO THE NEXT PARAGRAPH. IF YOU FIND THE DEFENDANT NOT GUILTY AS TO COUNT 6, THEN PROCEED TO PARAGRAPH 10.

(9) We, the Jury, having found the Defendant, **DE ANDRE SMITH**, guilty of the offense charged in Count 6, further unanimously find with respect to Count 6 that the firearm was brandished.

YES ✓          NO _____

(10) We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 7, Hobbs Act Robbery:

GUILTY ✓          NOT GUILTY _____

(11) We, the Jury, unanimously find the Defendant, **DE ANDRE SMITH**, as to Count 8, Using or Carrying and Possessing a Firearm in Furtherance of a Violent Crime:

GUILTY __✓__          NOT GUILTY _____

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT 8, THEN PROCEED TO THE NEXT PARAGRAPH. IF YOU FIND THE DEFENDANT NOT GUILTY AS TO COUNT 8, THEN SIGN AND DATE THE VERDICT FORM AND RETURN IT TO THE COURTROOM.

(12) We, the Jury, having found the Defendant, **DE ANDRE SMITH**, guilty of the offense charged in Count 8, further unanimously find with respect to Count 8 that the firearm was brandished.

YES __✓__          NO _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida on this _2nd_ day of July, 2018

_____
DATE: July 2-18

3