| | |
|---|---|
| Perezo, Jose Cortina | S.D. NY CR No. S3 97-CR-1105 (HB) |
| Authorization not requested by USA | **Date of No Seek Decision** 3/27/2017 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

involves murders in a RICO enterprise involving narcotics and eight charged murders. "Tito's Crew" was allegedly responsible for 20 murders. There was only one death eligible homicide charged, allegedly committed by Erbo and co-defendant Mungin, because the others pre-date the statute, committed in 1992 through 1994. However, the other defendants could have faced the federal death penalty under the 1988 drug kingpin death penalty act. Erbo committed 7 murders, Mungin four, Perezo, Davis and Brown two each. Erbo and Perezo are Hispanic. The other defendants are black. The victims are Hispanic. Erbo the head of "Tito's Crew" was sentenced to life.

| | |
|---|---|
| Pina, Leonardo | S.D. NY CR No. 01-CR-619 |
| Authorization not requested by USA | **Date of No Seek Decision** 7/6/2017 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

three RICO murders, by the "Freeman street robbery organization," including a Hobbs Act robbery murder of a drug dealer. Minaya is charged in two murders, the others in one each. All involved are Hispanic. The defendants are from the Dominican Republic who specialized in robbing drug dealers in the Bronx. The murders took place during home invasions.

| | |
|---|---|
| Yovany-Gomez, Walter | D. NJ No. 2:13-CR-00615-SRC |
| Authorization not requested by USA | **Date of No Seek Decision** 3/19/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

four RICO murders, one in 2009, two in 2010 and one in 2011, three by firearms, by the MS-13 gang, committed by six death-eligible defendants, one of whom is a fugitive. All involved are Hispanic, except for one African-American victim.

| | |
|---|---|
| Higgins-Vogt, Matthew | C.D. IL No. 2:17-CR-20022-CSB-EIL |
| Authorization not requested by USA | **Date of No Seek Decision** 5/1/2017 |

**Race & Gender of Def** | W | M | **Race & Gender of Vict(s)** | WF |

a 2015 Hobbs Act armed robbery of a convenience store by three individuals and the subsequent gun murder of the female driver of the getaway car, because she was a potential witness against the two male robbers. All involved are white.

| | |
|---|---|
| Scott, Anthony | S.D. NY No. 1:15-CR-00537-VEC |
| Authorization not requested by USA | **Date of No Seek Decision** 2/15/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Tyson, Haswani | S.D. NY No. 1:15-CR-00537-VEC |
| --- | --- |
| Authorization not requested by USA | **Date of No Seek Decision** 4/25/2018 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Bailey, Corey | E.D. MI No. 2:15-CR-20652-GCS-DRG |
| --- | --- |
| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

three RICO gun murders, one in 2006, one in 2014, one in 2015. Arnold is charged in two, the rest in one. All involved are African-American.

| Brown, Stephen | E.D. MI No. 2:16-CR-20143-AC-RSW |
| --- | --- |
| Authorization not requested by USA | **Date of No Seek Decision** 6/12/2017 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

a 2015 murder-for-hire and witness retaliation murder. Belcher hired the shooters, Brown and Watson. Bailey stalled the victim until the shooters arrived. Chambers was the driver. All involved are African-American.

| Belcher, Deauta | E.D. MI No. 2:16-CR-20143-AC-RSW |
| --- | --- |
| Authorization not requested by USA | **Date of No Seek Decision** 6/12/2017 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

a 2015 murder-for-hire and witness retaliation murder. Belcher hired the shooters, Brown and Watson. Bailey stalled the victim until the shooters arrived. Chambers was the driver. All involved are African-American.

| Watson, Andre | E.D. MI No. 2:16-CR-20143-AC-RSW |
| --- | --- |
| Authorization not requested by USA | **Date of No Seek Decision** 6/12/2017 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

a 2015 murder-for-hire and witness retaliation murder. Belcher hired the shooters, Brown and Watson. Bailey stalled the victim until the shooters arrived. Chambers was the driver. All involved are African-American.

Bailey, Darnell | E.D. MI No. 2:16-CR-20143-AC-RSW

Authorization not requested by USA | **Date of No Seek Decision** 6/12/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 murder-for-hire and witness retaliation murder. Belcher hired the shooters, Brown and Watson. Bailey stalled the victim until the shooters arrived. Chambers was the driver. All involved are African-American.

Chambers, Billie Jr. | E.D. MI No. 2:16-CR-20143-AC-RSW

Authorization not requested by USA | **Date of No Seek Decision** 6/12/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 murder-for-hire and witness retaliation murder. Belcher hired the shooters, Brown and Watson. Bailey stalled the victim until the shooters arrived. Chambers was the driver. All involved are African-American.

Rosario-Marrero, Juan | D. PR No. 3:16-CR-00218-GAG

Authorization not requested by USA (x2) | **Date of No Seek Decision** 6/6/2016, 7/21/2017

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2015 gun murder in connection with a bank robbery. A superseding indictment later charged a 2009 drug related double-gun murder, with three additional defendants. Rosario-Marrero and Ortiz-Nieves are charged with three murders, Guerrido-Median, Nunez-Alma and Tirado are charged in two, the rest in one. All involved are Hispanic.

Reyes-Nevarez, Jose | D. PR No. 3:16-CR-00218-GAG

Authorization not requested by USA | **Date of No Seek Decision** 6/6/2016, 7/21/2017

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2015 gun murder in connection with a bank robbery. All involved are Hispanic.

Ortiz-Nieves, Javier | D. PR No. 3:16-CR-00218-GAG

Authorization not requested by USA (x2) | **Date of No Seek Decision** 6/6/2016, 7/21/2017

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2015 gun murder in connection with a bank robbery. A superseding indictment later charged a 2009 drug related double-gun murder, with three additional defendants. Rosario-Marrero and Ortiz-Nieves are charged with three murders, Guerrido-Median, Nunez-Alma and Tirado are charged in two, the rest in one. All involved are Hispanic.

Begaye, Tom, Jr. | D. NM No. 1:16-02376-WJ

Guilty plea approved by AG before authorization

**Date of No Seek Decision** 8/1/2017

**Race & Gender of Def** NA M **Race & Gender of Vict(s)** NAF

the 2016 kidnapping, rape and beating death, with a tire iron, of an 11 year old female, 5th grade student, on the Navajo reservation. Begaye has confessed. He kidnapped the child and her brother, who escaped. All involved are Native American.

---

Rekonen, Erik Lee | E.D. TX 2016

Authorization not requested by USA

**Date of No Seek Decision** 3/30/2018

**Race & Gender of Def** W M **Race & Gender of Vict(s)** WM

another USP Beaumont inmate murder. After being charged with the murder of inmate Johns, co-defendant Fackrell was placed in the special housing unit where he and Rekonen were placed in a recreation cage with a suspected sex offender (who apparently was not). Fackrell and Rekonen allegedly choked and beat inmate Ronald Earl Griffith, who died a few days later at the hospital. All involved are white.

---

Lemons, Adrian | E.D. MO No. 4:15-CR-00404-HEA-NAB

Authorization not requested by USA

**Date of No Seek Decision** 10/13/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015. Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one. All involved are African-American.

---

Woodson, Maurice | E.D. MO No. 4:15-CR-00404-HEA-NAB

Authorization not requested by USA

**Date of No Seek Decision** 10/13/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015. Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one. All involved are African-American.

---

Ward, Gloria | E.D. MO No. 4:15-CR-00404-HEA-NAB

Authorization not requested by USA

**Date of No Seek Decision** 10/13/2017

**Race & Gender of Def** B F **Race & Gender of Vict(s)** BF, BM

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015. Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one. All involved are African-American.

| Terry, Derrick | E.D. MO No. 4:15-CR-00404-HEA-NAB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 10/13/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015.  Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one.  All involved are  African-American.

| Brown, Robert | E.D. MI No. 2:15-CR-20652-GCS-DRG |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | Bx |

three RICO gun murders, one in 2006, one in 2014, one in 2015.  Arnold is charged in two, the rest in one.  All involved are African-American.

| Mayard, Andre | S.D. NY No. 1:16-CR-00609-LAP |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 10.26.2016 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2011 drug-related gun murder.  All involved are African-American.

| Broadnax, Kariem | S.D. NY No. 1:15-CR-00878-VM |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/2/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2015 RICO murder.  All involved are African-American.

| Leavell, Quinton | M.D. TN No. 3:14-CR-0200 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 8/31/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | WM |

a cross-racial 2009 Hobbs Act gun murder.  The Leavell brothers are black, the victim  is white.

| Leavell, Ralphael | M.D. TN No. 3:14-CR-0200 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 8/31/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | WM |

a cross-racial 2009 Hobbs Act gun murder.  The Leavell brothers are black, the victim  is white.

Kearney, Maliek | D. MD No. 1:16-CR-00486-JFM

Authorization not requested by USA | **Date of No Seek Decision** 11/2017

**Race & Gender of Def** [ B ] [ M ] **Race & Gender of Vict(s)** [ HF ]

a domestic violence gun murder in 2015. Kearney, an active duty member of the military allegedly shot his ex-wife (also on active duty), leaving her dead with their infant alive in her arms. Delgado was Kearney's girlfriend who assisted in the murder and cover-up. The defendants are Hispanic and African American, the victim Hispanic.

Delgado, Dolores | D. MD No. 1:16-CR-00486-JFM

Authorization not requested by USA | **Date of No Seek Decision** 8/8/2017

**Race & Gender of Def** [ H ] [ F ] **Race & Gender of Vict(s)** [ HF ]

a domestic violence gun murder in 2015. Kearney, an active duty member of the military allegedly shot his ex-wife (also on active duty), leaving her dead with their infant alive in her arms. Delgado was Kearney's girlfriend who assisted in the murder and cover-up. The defendants are Hispanic and African American, the victim Hispanic.

McCoy, Steven | E.D. TX No. 1:16-MJ-00137-ZJH-1

Authorization not requested by USA | **Date of No Seek Decision** 6/28/2018

**Race & Gender of Def** [ B ] [ M ] **Race & Gender of Vict(s)** [ BM ]

inmate murder at USP Beaumont. McCoy is serving a life sentence from Washington, D.C., for a murder and robbery. All involved are African-Amerian.

Washington, Nicholas | E.D. NY No. 1:14-CR-00266-ILG-RLM

Authorization not requested by USA | **Date of No Seek Decision** 3/3/2017

**Race & Gender of Def** [ B ] [ M ] **Race & Gender of Vict(s)** [ HM, BM ]

two RICO gun murders, one in 2005, one in 2006 by the leader of a Brooklyn drug gang, G'z Up Cocaine Crew. One shooting was in retaliation for the killing of Washington's brother. Both victims were bystanders. The defendant is African-American. Negron is Hispanic and Napper is Africa-American.

Simmons, Antonio | E.D. VA No. 2:16-CR-00130-MSD-LRL

Authorization not requested by USA | **Date of No Seek Decision** 5/23/2017

**Race & Gender of Def** [ B ] [ M ] **Race & Gender of Vict(s)** [ BF, BM ]

five December 2015 RICO gun murders, including three women victims and a double murder involving a witness killing. Mitchell and Foye are charged in four, Simmons in two and Davis in one. All involved are African-American.

| Foye, Anthony Derrell | E.D. VA No. 2:16-CR-00130-MSD-LRL |
|---|---|
| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 5/22/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** BF, BM

five December 2015 RICO gun murders, including three women victims and a double murder involving a witness killing. Mitchell and Foye are charged in four, Simmons in two and Davis in one. All involved are African-American.

| Mitchell, Nathaniel Tyree | E.D. VA No. 2:16-CR-00130-MSD-LRL |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 5/23/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** BF, BM

five December 2015 RICO gun murders, including three women victims and a double murder involving a witness killing. Mitchell and Foye are charged in four, Simmons in two and Davis in one. All involved are African-American.

| Davis, Alvaughn | E.D. VA No. 2:16-CR-00130-MSD-LRL |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 5/23/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** BF

five December 2015 RICO gun murders, including three women victims and a double murder involving a witness killing. Mitchell and Foye are charged in four, Simmons in two and Davis in one. All involved are African-American.

| McCard, Francis | D. UT No. 2:18-CR-00066-TS |
|---|---|
| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 9/18/2017 |

**Race & Gender of Def** | W | M | **Race & Gender of Vict(s)** WM

an interstate kidnapping and homicide by abandoning a father suspected of child sexual abuse in the desert. All involved are white.

| Pickering, Seth Willis | W.D. NC No. 1:16-CR-00116-MOC-DLH |
|---|---|
| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 2/5/2018 |

**Race & Gender of Def** | W | M | **Race & Gender of Vict(s)** WF

the kidnapping stabbing murder of defendant's six year old child. Pickering attempted suicide a week before the murder and was in a Veteran's Administration hospital. All involved are white

| | |
|---|---|
| Delgado, Mario | C.D. CA No. 2:15-CR-00688-DSF |

| Authorization not requested by USA | **Date of No Seek Decision** 1/11/2018 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2013 RICO murder. All involved are Hispanic.

| | |
|---|---|
| Starks, Calvin | M.D. TN No. 3:16-CR-00142 |

| Authorization not requested by USA | **Date of No Seek Decision** 5/26/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

two 2014 gun murders, one involving a drug-related robbery, one a witness killing. Kimbrough, who is 18, is charged in both. Starks is charged in one, the robbery. All involved are African American.

| | |
|---|---|
| Kimbrough, Terrance | M.D. TN No. 3:16-CR-00142 |

| Authorization not requested by USA | **Date of No Seek Decision** 5/26/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

two 2014 gun murders, one involving a drug-related robbery, one a witness killing. Kimbrough, who is 18, is charged in both. Starks is charged in one, the robbery. All involved are African American.

| | |
|---|---|
| Rivera, Hector | S.D. NY No. 1:15-CR-00722-PAE |

| Authorization not requested by USA | **Date of No Seek Decision** 3/13/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | WM |

a 2004 gun murder for hire in the midtown diamond district in Manhattan. The deceased was a prominent Bukharan Jew and diamond trader under indictment for money laundering, who was gunned down on the street in broad daylight. The defendant is a 64 year hold Hispanic, serving a 30 year sentence on unrelated charges.

| | |
|---|---|
| Porter, Keithon | E.D. MI No. 2:15-CR-20652-GCS-DRG |

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

three RICO gun murders, one in 2006, one in 2014, one in 2015. Arnold is charged in two, the rest in one. All involved are African-American.

Shy, Arlandis | E.D. MI No. 2:15-CR-20652-GCS-DRG

Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

three RICO gun murders, one in 2006, one in 2014, one in 2015. Arnold is charged in two, the rest in one. All involved are African-American.

Thompson, Charles | E.D. MO No. 4:15-CR-00404-HEA-NAB

Authorization not requested by USA | **Date of No Seek Decision** 10/13/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BF, BM

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015. Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one. All involved are African-American.

Sims, Virgil | E.D. MO No. 4:15-CR-00404-HEA-NAB

Authorization not requested by USA | **Date of No Seek Decision** 10/13/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

eight drug-related gun murders, one in 2010, four in 2013, including a double murder, one in 2014 and one in 2015. Jordan is charged in seven, Ward in four, Terry in three, Lemmons, Thompson and Woodson in two and Sims in one. All involved are African-American.

Ross, Howard R. | W.D. MO No. 4:16-CR-00359-HFS

Authorization not requested by USA | **Date of No Seek Decision** 4/18/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** WM

a 2016 cross-racial kidnapping and robbery gun murder. Ross and King are black, the victim white.

King, Raynal | W.D. MO No. 4:16-CR-00305-HFS

Authorization not requested by USA | **Date of No Seek Decision** 3/28/2017

**Race & Gender of Def** B M **Race & Gender of Vict(s)** WM

a 2016 cross-racial kidnapping and robbery gun murder. Ross and King are black, the victim white.

| Hill, Mark Anthony | S.D. TX No. 4:17-CR-00007 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/6/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM, BM

two murders by an armored car robbery ring, headed by Rederick Jevon "Red" Batiste, who was killed in a shoot-out with law enforcement in December of 2016. There were two robbery/murders in 2016. Batiste acted as a "sniper" and felled the armored car guard, while others rushed in to grab the money. The defendants are African-American. One victim was a Hispanic male and the second victim was a black male.

| Polk, Nelson Alexander | S.D. TX No. 4:17-CR-00007 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/6/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM, BM

two murders by an armored car robbery ring, headed by Rederick Jevon "Red" Batiste, who was killed in a shoot-out with law enforcement in December of 2016. There were two robbery/murders in 2016. Batiste acted as a "sniper" and felled the armored car guard, while others rushed in to grab the money. The defendants are African-American. One victim was a Hispanic male and the second victim was a black male.

| Scott, John Edward | S.D. TX No. 4:17-CR-00007 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/6/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM, BM

two murders by an armored car robbery ring, headed by Rederick Jevon "Red" Batiste, who was killed in a shoot-out with law enforcement in December of 2016. There were two robbery/murders in 2016. Batiste acted as a "sniper" and felled the armored car guard, while others rushed in to grab the money. The defendants are African-American. One victim was a Hispanic male and the second victim was a black male.

| Duncan-Bush, Trayvees | S.D. TX No. 4:17-CR-00007 |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/6/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM, BM

two murders by an armored car robbery ring, headed by Rederick Jevon "Red" Batiste, who was killed in a shoot-out with law enforcement in December of 2016. There were two robbery/murders in 2016. Batiste acted as a "sniper" and felled the armored car guard, while others rushed in to grab the money. The defendants are African-American. One victim was a Hispanic male and the second victim was a black male.

| Phillips, Bennie Charles, Jr. | S.D. TX No. 4:17-CR-00007 |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 4/6/2018 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** HM, BM

two murders by an armored car robbery ring, headed by Rederick Jevon "Red" Batiste, who was killed in a shoot-out with law enforcement in December of 2016. There were two robbery/murders in 2016. Batiste acted as a "sniper" and felled the armored car guard, while others rushed in to grab the money. The defendants are African-American. One victim was a Hispanic male and the second victim was a black male.

| Cervantes-Serrano, Robert | N.D. CA No. 5:16-CR-00482-BLF |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/30/2017 |

**Race & Gender of Def** H M  **Race & Gender of Vict(s)** HF

a 2013 RICO gun murder. All involved are Hispanic.

| Villegas-Rosa, Luis Alfredo | W.D. MO No. 4:17-CR-00016-RK |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 5/16/2017 |

**Race & Gender of Def** H M  **Race & Gender of Vict(s)** BM

a drug-related 2015 Puerto Rican gang RICO gun murder stemming from a bar fight. The defendant is Hispanic, the deceased is African-American.

| Brown, Wesley Jamal | D. MD No. 1:16-CR-00363-JKB |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/21/2017 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

a 2013 drug-related RICO gun murder. All involved are African-American.

| Johnson, Gerald Thomas | D. MD No. 1:16-CR-00363-JKB |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/21/2017 |

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

a 2013 drug-related RICO gun murder. All involved are African-American.

| Pedro, Luis Omel | D. PR No. 3:16-CR-00778-GAG |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/28/2018 |

**Race & Gender of Def** H M  **Race & Gender of Vict(s)** HM

a 2016 carjacking, kidnapping, gun murder. All involved are Hispanic.

Federal Capital Defendants Not Authorized by Attorney General Sessions 9/16/2018

| Santiago-Ruiz, Esteban | S.D. FL No. 0:17-CR-60022-BB |
|---|---|

| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 4/30/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** WF, WM

five gun murders at the Ft. Lauderdale Airport by an Iraq War Veteran. The victims are white males and females. Santiago is Hispanic.

| Peter, Sean | S.D. NY No. 1:17-CR-00054-NRB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2012 drug-related gun murder. Two others were shot but survived. All involved are African-American.

| Campbell, Jason | S.D. NY No. 1:17-CR-00054-NRB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2012 drug-related gun murder. Two others were shot but survived. All involved are African-American.

| Syder, Steven | S.D. NY No. 1:17-CR-00054-NRB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/16/2017 |
|---|---|

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2012 drug-related gun murder. Two others were shot but survived. All involved are African-American.

| Contreras, Johnny | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/8/2017 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** BM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Amaya-Sanchez, Edwin | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/8/2017 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Lopez, Elmer Alexander | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 12/5/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Diaz, James | S.D. NY No. 1:17-CR-0021-WHP-1 |
|---|---|
| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 9/14/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM

five defendants, including two cousins, charged with 2016 and 2002 drug-related gun murders. Each defendant is charged in one. The defendants are African-American. The victims are Hispanic and African-American.

| Burley, Ezekiel | S.D. NY No. 1:17-CR-0021-WHP-1 |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 9/14/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** HM

five defendants, including two cousins, charged with 2016 and 2002 drug-related gun murders. Each defendant is charged in one. The defendants are African-American. The victims are Hispanic and African-American.

| Plummer, Terrell | D. MD No. 1:17-CR-00223-GLR |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 11/20/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BF

a 2014 drug-related gun murder by Old York Money Gang. The victim was a three year old child playing on a porch across the street when a drive-by shooting happened. All involved are African-American.

| Pizarro, Robert | S.D. NY No. 1:17-CR-00151-AJM |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/30/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2016 kidnapping, gun murder of a suspected informant. All involved are Hispanic.

| Rivera, Juan | S.D. NY No. 1:17-CR-00151-AJM |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/30/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2016 kidnapping, gun murder of a suspected informant. All involved are Hispanic.

| Bannister, Tyvon | E.D. NY No. 1:17-CR-00116-BMC-1 |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/23/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | HM |

a 2014 RICO gun murder involving a turf war, rival gangs and Cypress Gardens housing project.  The defendant is African-American, the victim Hispanic.

| Purinton, Adam W. | D. KS No. 2:17-CR-20028-CM-JPO-1 |
|---|---|
| Guilty plea approved by AG before authorization | **Date of No Seek Decision** 5/21/2018 |

**Race & Gender of Def** | W | M | **Race & Gender of Vict(s)** | IM |

the murder of an Indian engineer by a white man who yelled "Get out of my country" and shot two other men in the bar as well.  Purinton was prosecuted concurrently in state and federal court and he entered a plea to an effective life term.

| Rivera, Jaime | E.D. NY No. 2:17-CR-00050-SJF |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 7/11/2017 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | BM |

a 2005 RICO gun murder.  The defendant is Hispanic, a member of the Latin Kings gang.  The victim was an African-American. college student killed after a bar fight.

| Cook, Harold | D. CT No. 3:17-CR-00065-AVC |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 12/4/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2009 Hobbs Act cold case gun murder and kidnapping by a group who robbed drug dealers.  Cook, Mickens and Hunter allegedly committed repeated acts of violence, including another murder.  All involved are African-American.

| Mickens, Gerund | D. CT No. 3:17-CR-00065-AVC |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 12/4/2017 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2009 Hobbs Act cold case gun murder and kidnapping by a group who robbed drug dealers.  Cook, Mickens and Hunter allegedly committed repeated acts of violence, including another murder.  All involved are African-American.

| Hunter, Terrell | D. CT No. 3:17-CR-00065-AVC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/4/2017 |
|---|---|

**Race & Gender of Def**  B  M   **Race & Gender of Vict(s)**  BM

a 2009 Hobbs Act cold case gun murder and kidnapping by a group who robbed drug dealers. Cook, Mickens and Hunter allegedly committed repeated acts of violence, including another murder. All involved are African-American.

| Lee, Douglas | D. CT No. 3:17-CR-00065-AVC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/4/2017 |
|---|---|

**Race & Gender of Def**  B  M   **Race & Gender of Vict(s)**  BM

a 2009 Hobbs Act cold case gun murder and kidnapping by a group who robbed drug dealers. Cook, Mickens and Hunter allegedly committed repeated acts of violence, including another murder. All involved are African-American.

| Ashanti, Jesus | D. CT No. 3:17-CR-00065-AVC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/4/2017 |
|---|---|

**Race & Gender of Def**  B  M   **Race & Gender of Vict(s)**  BM

a 2009 Hobbs Act cold case gun murder and kidnapping by a group who robbed drug dealers. Cook, Mickens and Hunter allegedly committed repeated acts of violence, including another murder. All involved are African-American.

| Nunez-Alama, Onix | D. PR No. 3:16-CR-00218-GAG |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 7/21/2017 |
|---|---|

**Race & Gender of Def**  H  M   **Race & Gender of Vict(s)**  HM

a 2015 gun murder in connection with a bank robbery. A superseding indictment later charged a 2009 drug related double-gun murder, with three additional defendants. Rosario-Marrero and Ortiz-Nieves are charged with three murders, Guerrido-Median, Nunez-Alma and Tirado are charged in two, the rest in one. All involved are Hispanic.

| Tirado, Jose Diaz | D. PR No. 3:16-CR-00218-GAG |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 7/21/2017 |
|---|---|

**Race & Gender of Def**  H  M   **Race & Gender of Vict(s)**  HM

a 2015 gun murder in connection with a bank robbery. A superseding indictment later charged a 2009 drug related double-gun murder, with three additional defendants. Rosario-Marrero and Ortiz-Nieves are charged with three murders, Guerrido-Median, Nunez-Alma and Tirado are charged in two, the rest in one. All involved are Hispanic.

| Coreas-Mejia, Noe | D. MD No. 8:16-CR-00444-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

three RICO gun murders by the MS-13 gang, two in 2015 and one in 2016. Each defendant is charged in one. All involved are Hispanic.

| Lanier, Kareem | S.D. NY No. 1:15-CR-00537-VEC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/12/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Seda, Andy | S.D. NY No. 1:15-CR-00537-VEC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/12/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Moye, Jason | S.D. NY No. 1:15-CR-00537-VEC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 9/28/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Reddick, Anthony | S.D. NY No. 1:15-CR-00537-VEC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/20/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

four RICO murders, one in 2009, two in 2011 and one in 2012. Each of the defendants are charged in one. All involved are African-American.

| Lopez, Carlos Alfredo Cardoza | C.D. CA No. 2:17-CR-00278-ODW |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 7/23/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

three 2015 MS-13 RICO murders. Each of three defendants is charged in one murder. All involved are Hispanic.

| Rivas, Samuel Alexander Paredes | C.D. CA No. 2:17-CR-00278-ODW |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 7/23/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

three 2015 MS-13 RICO murders.  Each of three defendants is charged in one murder.  All involved are Hispanic.

| Molina, Joffri | C.D. CA No. 2:17-CR-00278-ODW |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 7/23/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

three 2015 MS-13 RICO murders.  Each of three defendants is charged in one murder.  All involved are Hispanic.

| Santiago-Ortiz, Jose | S.D. NY No. 1:17-CR-00149-LAK |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 8/10/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | BM |

a 2010 drug-related gun murder.  Santiago-Ortiz's brother pled guilty to manslaughter of Mr. Tide.  The government alleges that Jose is the shooter.  The defendant is Hispanic, the deceased is Afridan-American.

| Bradley, James Matthew, Jr. | W.D. TX No. 5:17-CR-00649-DAE |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 9/20/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | HM |

the transportation of undocumented foreign nationals in a tractor trailer without refrigeration or air holes, resulting in the death of ten Hispanic males and the serious injury to 30 others.  Bradley is African-American, the others involved are Hispanic males.

| Bailey, Dante | D. MD No. 1:16-CR-00267-CCB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/30/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

two drug-related 2015 RICO gun murders, one each by Bailey and Johnson, members of the Murdaland Mafia Piru (MMP) gang. The gang specializes in contract murders for other gangs.  Bailey is the alleged leader.  All involved are African-American.

| Johnson, Dontray | D. MD No. 1:16-CR-00267-CCB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/30/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

two drug-related 2015 RICO gun murders, one each by Bailey and Johnson, members of the Murdaland Mafia Piru (MMP) gang. The gang specializes in contract murders for other gangs.  Bailey is the alleged leader.  All involved are African-American.

| Ontiveros, Jose Ramon | S.D. NY No. 1:14-CR-00133-GHW |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 9/6/2017 |
|---|---|

**Race & Gender of Def** | H | M |   **Race & Gender of Vict(s)** | HM |

a 2012 drug-related kidnapping/murder.  All involved are Hispanic.

| Sotelo, Juan | S.D. NY No. 1:14-CR-00133-GHW |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 9/6/2017 |
|---|---|

**Race & Gender of Def** | H | M |   **Race & Gender of Vict(s)** | HM |

a 2012 drug-related kidnapping/murder.  All involved are Hispanic.

| Palafox, Pastor Fausto | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** | H | M |   **Race & Gender of Vict(s)** | WM |

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Lopez, Albert | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** | H | M |   **Race & Gender of Vict(s)** | WM |

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Perez, Albert Benjamin | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** | H | M |   **Race & Gender of Vict(s)** | WM |

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Gillespie, James Patrick | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** W M **Race & Gender of Vict(s)** WM

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Gonzalez, Ernesto Manuel | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** WM

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Campos, Bradley Michael | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** WM

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Morales, Cesar Vaquera | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** WM

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Garcia, Diego Chavez | D. NV No. 2:16-CR-00265-GMN-CWH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/12/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** WM

a 2011 RICO gun murder by eight members of the Vagos Outlaw Motorcycle Gang, a transitional gang with chapters in seven counties. The defendants are Hispanic, except for James Gillespie and the deceased, who was a member of the rival motorcycle gang, the Hell's Angels.

| Aguilar-Lopez, Mario | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/5/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Suarez, Jose | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/5/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Hernandez, Alexis | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 12/11/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

eleven murders by the MS-13 gang, including high school girls. Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one. The defendants are all illegal immigrants from El Salvador. The victims are Hispanic and African-American.

| Manzanares, Kenneth | D. AK No. 1:17-CR-00010-TMB-LCL |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/17/2017 |

**Race & Gender of Def** W M **Race & Gender of Vict(s)** WF

a 2017 domestic murder of Manzanares' wife on federal land (international waters), while on a cruise ship. All involved are white.

| Siri-Reynoso, Stiven | S.D. NY No. 1:17-CR-00418-UA |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/16/2018 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** BF

a 2016 RICO gun murder of an innocent bystander, during a shootout between two gangs in a playground. The shooter was 17 and a young mother was accidentally shot protecting children. All involved are African-American.

| Moreno-Martinez, Neris | D. MD No. 8:17-CR-00154-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/13/2017 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2016 kidnapping gun murder by MS-13. All involved are Hispanic.

| Melendez-Rivera, Jose Israel | D. MD No. 8:17-CR-00154-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/13/2017 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2016 kidnapping gun murder by MS-13. All involved are Hispanic.

| Granados-Vasquez, Reynaldo Alexi | D. MD No. 8:17-CR-00154-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/13/2017 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2016 kidnapping gun murder by MS-13. All involved are Hispanic.

| Espinal-Rapalo, Juan Carlos | D. MD No. 8:16-CR-00444-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

three RICO gun murders by the MS-13 gang, two in 2015 and one in 2016. Each defendant is charged in one. All involved are Hispanic.

| Ramos-Romero, Daniel Adonai | D. MD No. 8:16-CR-00444-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

three RICO gun murders by the MS-13 gang, two in 2015 and one in 2016. Each defendant is charged in one. All involved are Hispanic.

| Delgado-Perez, Oscar Ernesto | D. MD No. 8:16-CR-00444-PX |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |
|---|---|

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

three RICO gun murders by the MS-13 gang, two in 2015 and one in 2016. Each defendant is charged in one. All involved are Hispanic.

Federal Capital Offenses Not Authorized by Attorney General Sessions

| Henriquez-Chavez, Kevin | D. MD No. 8:16-CR-00444-PX |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/23/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

three RICO gun murders by the MS-13 gang, two in 2015 and one in 2016. Each defendant is charged in one. All involved are Hispanic.

| Burks, Maurice Duncan | M.D. TN No. 3:17-CR-00124 |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 7/12/2018 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

four RICO gun murders by the Gangster Disciplies, three in 2012, including a double murder, and one in 2007. Hardison is charged in a double murder which included a witness. Burks and Whitlock are charged in one separate homicide apiece. All involved are African-American, except there is a white female victim in the double homicide.

| Silva-Segura, Pedro | W.D. TX No. 5:17-CR-00649-DAE |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 10/26/2017 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

the transportation of undocumented foreign nationals in a tractor trailer without refrigeration or air holes, resulting in the death of ten Hispanic males and the serious injury to 30 others. Bradley is African-American, the others involved are Hispanic males.

| Torres, Edgar Oswaldo Blanco | E.D. VA No. 1:17-MJ-00408-MSN |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 1/18/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 RICO gun murder by the MS-13 gang. All involved are Hispanic.

| Espenal, Jose Martir Larios | E.D. VA No. 1:17-MJ-00408-MSN |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 1/18/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 RICO gun murder by the MS-13 gang. All involved are Hispanic.

| Sanchez, Samuel Enrique Villalobos | E.D. VA No. 1:17-MJ-00408-MSN |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 1/18/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 RICO gun murder by the MS-13 gang. All involved are Hispanic.

| | |
|---|---|
| Santos, Dimas Misael Canales | E.D. VA No. 1:17-MJ-00408-MSN |

Authorization not requested by USA

**Date of No Seek Decision** 1/18/2018

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 RICO gun murder by the MS-13 gang. All involved are Hispanic.

| | |
|---|---|
| Gonzalez, Keyri Sujey Portillo | E.D. VA No. 1:17-MJ-00408-MSN |

Authorization not requested by USA

**Date of No Seek Decision** 1/18/2018

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 RICO gun murder by the MS-13 gang. All involved are Hispanic.

| | |
|---|---|
| Daniels, Aaron | D. MD No. 1:17-CR-00191-ELH |

Authorization not requested by USA

**Date of No Seek Decision** 9/26/2017

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2017 drug-related gun murder. All involved are black males.

| | |
|---|---|
| Hillard, Nathaniel | D. MD No. 1:17-CR-00191-ELH |

Authorization not requested by USA

**Date of No Seek Decision** 9/26/2017

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2017 drug-related gun murder. All involved are black males.

| | |
|---|---|
| Byers, Duwan | S.D. IN No. 1:17-CR-00093-SEB-MJD |

Authorization not requested by USA

**Date of No Seek Decision** 5/7/2018

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a gang called "The Mob" responsible for at least one murder and 24 pharmacy robberies. All involved are African-American.

| | |
|---|---|
| Turner, Alphonse | S.D. IN No. 1:17-CR-00093-SEB-MJD |

Authorization not requested by USA

**Date of No Seek Decision** 2/15/2018

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a gang called "The Mob" responsible for at least one murder and 24 pharmacy robberies. All involved are African-American.

| Rudolph, Justin | S.D. IN No. 1:17-CR-00093-SEB-MJD |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 3/21/2018 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a gang called "The Mob" responsible for at least one murder and 24 pharmacy robberies. All involved are African-American.

| Meza-Gonzalez, Flavio Daniel | S.D. CA No. 3:17-CR-02552-GPC |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 10/26/2017 |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2017 death of an undocumented immigrant about two miles north of the border in the Otay Mountain wilderness. Meza-Gonzalez was a guide for the group who left the ill deceased and his wife behind. All involved are Hispanic.

| Whitehat, Vinton Dean Jr. | D. AZ No. 3:15-CR-08205-NVW |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 4/14/2017 |

**Race & Gender of Def** NA M **Race & Gender of Vict(s)** NAM

child abuse murder on Indian Land. All involved are Native American.

| Miller, Antonio | D. SC No. 1:17-CR-00770-MGL |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 8/18/2017 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2008 drug-related kidnapping and gun murder. The victim was tortured with a hot screwdriver. All involved are black.

| Blake, Harry | D. CT No. 3:16-CR-00111-JBA |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/6/2018 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 drug-related gun murder. All involved are African-American.

| Sharpe, Cewell | D. CT No. 3:16-CR-00111-JBA |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/6/2018 |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 drug-related gun murder. All involved are African-American.

| Glass, Donald | N.D. GA No. 1:16-CR-00145-TWT-JKL |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 3/14/2018 |
|---|---|

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** BM

11 RICO gun murders by the Gangster Disciples gang, including a 2015 witness killing.  All involved are African-American.

| Madonna, Matthew | S.D. NY No. 7:17-CR-00089-CS |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** W M  **Race & Gender of Vict(s)** WM

a 2013 RICO gun murder by the mafia, La Cosa Nostra.  All involved are white.

| Crea, Steven, Sr. | S.D. NY No. 7:17-CR-00089-CS |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** W M  **Race & Gender of Vict(s)** WM

a 2013 RICO gun murder by the mafia, La Cosa Nostra.  All involved are white.

| Londonio, Christopher | S.D. NY No. 7:17-CR-00089-CS |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** W M  **Race & Gender of Vict(s)** WM

a 2013 RICO gun murder by the mafia, La Cosa Nostra.  All involved are white.

| Caldwell, Terrence | S.D. NY No. 7:17-CR-00089-CS |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 5/14/2018 |
|---|---|

**Race & Gender of Def** W M  **Race & Gender of Vict(s)** WM

a 2013 RICO gun murder by the mafia, La Cosa Nostra.  All involved are white.

| Simmonds, Fitzroy | S.D. NY No. 1:17-CR-00220-GBD |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 10/20/2017 |
|---|---|

**Race & Gender of Def** B M  **Race & Gender of Vict(s)** HM

a 1995 drug-related (848) Hobbs Act murder.  The defendants are Jamaican and the victim is Dominican.

| Cargill, Tammeco Anthony | E.D. NY No. 1:17-CR-00330-RJD |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 1/22/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2007 drug-related RICO murder. One female bystander was seriously wounded. All involved are African-American.

| Lei, Wen Bing | N.D. CA No. 3:17-CR-00044-CRB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/9/2018 |
|---|---|

**Race & Gender of Def** | A | M | **Race & Gender of Vict(s)** | AM |

two RICO murders by Lei, one in 2005 and one in 2006. Lei is part of the Chee Kung Tong, a gang founded in the 1800s. All involved are of Chinese descent.

| Osorio, Juan | W.D. MO 4:18-CR-00009-RK |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/1/2018 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 drug-related gun murder over a drug debt. All three defendants are foreign nationals. Bravo is allegedly the shooter. All involved are Hispanic.

| Sosa-Perea, Marco | W.D. MO 4:18-CR-00009-RK |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/1/2018 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2017 drug-related gun murder over a drug debt. All three defendants are foreign nationals. Bravo is allegedly the shooter. All involved are Hispanic.

| Smith, Deandre | D. MD No. 1:16-CR-00235-CB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/30/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2015 drug-related gun murder. All involved are African-American.

| McCellan, Garrion | D. MD No. 1:16-CR-00235-CB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 4/30/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2015 drug-related gun murder. All involved are African-American.

| Hernandez, Elvin Ulises Diaz | D. MD No. 1:16-CR-00259-JKB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/10/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a MS-13 gang gun murder. All involved are Hispanic.

| Portillo-Gutierrez, Elmin Ivan | D. MD No. 1:16-CR-00259-JKB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/10/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a MS-13 gang gun murder. All involved are Hispanic.

| Lopez, Juan Enrique Dominguez | D. MD No. 1:16-CR-00259-JKB |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/10/2017 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a MS-13 gang gun murder. All involved are Hispanic.

| Vanderhorst, Jonathan Stefan | D. SC No. 4:17-CR-00865-RBH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/20/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | WM |

a cross-racial 2016 Hobbs Act gun murder also being prosecuted by the state. The defendants are African-American. The store owner was white.

| Miller, Jim Tracy | D. SC No. 4:17-CR-00865-RBH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/20/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | WM |

a cross-racial 2016 Hobbs Act gun murder also being prosecuted by the state. The defendants are African-American. The store owner was white.

| Altman, Demetrius | D. SC No. 4:17-CR-00865-RBH |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 11/20/2017 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | xM |

a cross-racial 2016 Hobbs Act gun murder also being prosecuted by the state. The defendants are African-American. The store owner was white.

| Guerrero, Sandy | S.D. NY No. 7:14-CR-00768-VB |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** 6/29/2017 |
| --- | --- |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** BM

a 2014 RICO gun murder. The defendants are Hispanic and African-American, the victim African-American.

| Vega, Carlos | S.D. NY No. 1:16-CR-00272-VM |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** 8/9/2017 |
| --- | --- |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2005 drug-related gun murder by the Washington Houses DTO gang. All involved are Hispanic.

| Mirabal, Joshua | S.D. NY No. 1:16-CR-00272-VM |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** 8/9/2017 |
| --- | --- |

**Race & Gender of Def** H M **Race & Gender of Vict(s)** HM

a 2005 drug-related gun murder by the Washington Houses DTO gang. All involved are Hispanic.

| Evans, Gordon | N.D. GA No. 1:16-CR-00427-AT-JKL |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** |
| --- | --- |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 murder, ordered from state prison, allegedly by Evans, by the Nine Trey Gangsters of the United Bloods Nation gang. All involved are African-American.

| Mann, Dossie Davon | N.D. GA No. 1:16-CR-00427-AT-JKL |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** |
| --- | --- |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 murder, ordered from state prison, allegedly by Evans, by the Nine Trey Gangsters of the United Bloods Nation gang. All involved are African-American.

| Lewis, Duron Leesh | N.D. GA No. 1:16-CR-00427-AT-JKL |
| --- | --- |

| Authorization not requested by USA | **Date of No Seek Decision** |
| --- | --- |

**Race & Gender of Def** B M **Race & Gender of Vict(s)** BM

a 2015 murder, ordered from state prison, allegedly by Evans, by the Nine Trey Gangsters of the United Bloods Nation gang. All involved are African-American.

Pedro-Vidal, Juan L.                           D. PR No. 3:16-CR-00778-GAG

Authorization not requested by USA             **Date of No Seek Decision**   6/28/2018

**Race & Gender of Def**  | H | M |  **Race & Gender of Vict(s)**  | HM |

a 2016 carjacking, kidnapping, gun murder.  All involved are Hispanic.

---

Cruz-Pinero, Jose E.                           D. PR No. 3:16-CR-00778-GAG

Authorization not requested by USA             **Date of No Seek Decision**   6/28/2018

**Race & Gender of Def**  | H | M |  **Race & Gender of Vict(s)**  | HM |

a 2016 carjacking, kidnapping, gun murder.  All involved are Hispanic.

---

Marcano-Rodriguez, Rafael                      D. PR No. 3:16-CR-00778-GAG

Authorization not requested by USA             **Date of No Seek Decision**   6/28/2018

**Race & Gender of Def**  | H | M |  **Race & Gender of Vict(s)**  | HM |

a 2016 carjacking, kidnapping, gun murder.  All involved are Hispanic.

---

Rios-Fuente, Jose Rene                         D. PR No. 3:16-CR-00778-GAG

Authorization not requested by USA             **Date of No Seek Decision**   6/28/2018

**Race & Gender of Def**  | H | M |  **Race & Gender of Vict(s)**  | HM |

a 2016 carjacking, kidnapping, gun murder.  All involved are Hispanic.

---

Cooper, Tysheen                                E.D. NY No. 1:17-CR-00296-PKC

Authorization not requested by USA             **Date of No Seek Decision**   5/15/2018

**Race & Gender of Def**  | B | M |  **Race & Gender of Vict(s)**  | BM |

a 2016 drug-related RICO gun murder by the West End Enterprise gang operating in Coney Island, Brooklyn, New York.  All involved are African-American

---

Liburd, Michael                                E.D. NY No. 1:17-CR-00296-PKC

Authorization not requested by USA             **Date of No Seek Decision**   5/15/2018

**Race & Gender of Def**  | B | M |  **Race & Gender of Vict(s)**  | BM |

a 2016 drug-related RICO gun murder by the West End Enterprise gang operating in Coney Island, Brooklyn, New York.  All involved are African-American.

| Washington, Maurice | E.D. NY No. 1:17-CR-00296-PKC |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 5/15/2018 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ BM ]

a 2016 drug-related RICO gun murder by the West End Enterprise gang operating in Coney Island, Brooklyn, New York. All involved are African-American.

| Walker, Delroy | S.D. NY No. 1:17-CR-00220-GBD |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 10/20/2017 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ HM ]

a 1995 drug-related (848) Hobbs Act murder. The defendants are Jamaican and the victim is Dominican.

| Mansaray, Nabiu | E.D. NY No. 1:16-CR-00346-FB |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 1/26/2018 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ BM ]

a 2010 double RICO gun murder in Coney Island, Brooklyn, New York. All involved are African-American.

| Brown, Uriah | S.D. NY No. 1:17-CR-0021-WHP-1 |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 4/10/2018 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ HM ]

five defendants, including two cousins, charged with 2016 and 2002 drug-related gun murders. Each defendant is charged in one. The defendants are African-American. The victims are Hispanic and African-American.

| Carter, Davon | D. MD No. 1:17-CR-00667-MJG |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/18/2018 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ BF ]

a 2016 witness retaliation murder of a female teacher's aide /assistant pastor by mistake. All involved are African-American.

| Fennell, William | S.D. NY No. 7:17-CR-00364-CS |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/4/2018 |

**Race & Gender of Def** [ B ][ M ] **Race & Gender of Vict(s)** [ BM ]

two RICO gun murders, one in 2017, one in 2015. Each defendant is charged in one. All involved are African-American.

| Young, Troy | S.D. NY No. 7:17-CR-00364-CS |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 6/4/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM

two RICO gun murders, one in 2017, one in 2015. Each defendant is charged in one. All involved are African-American.

| Bruzon-Velazquez, Argenis Ercides | D. PR No. 3:17-CR-00442-CCC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/28/2018 |
|---|---|

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM

a 2017 carjacking, kidnapping, gun murder. All involved are Hispanic.

| Saldana, Tatiana Yari Giusti | D. PR No. 3:17-CR-00442-CCC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/28/2018 |
|---|---|

**Race & Gender of Def** | H | F | **Race & Gender of Vict(s)** | HM

a 2017 carjacking, kidnapping, gun murder. All involved are Hispanic.

| Almestica, Ariel Gonzalez | D. PR No. 3:17-CR-00442-CCC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/28/2018 |
|---|---|

**Race & Gender of Def** | H | F | **Race & Gender of Vict(s)** | HM

a 2017 carjacking, kidnapping, gun murder. All involved are Hispanic.

| Gonzalez, Candy Cedeno | D. PR No. 3:17-CR-00442-CCC |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/28/2018 |
|---|---|

**Race & Gender of Def** | H | F | **Race & Gender of Vict(s)** | HM

a 2017 carjacking, kidnapping, gun murder. All involved are Hispanic.

| Soto, Paris | S.D. NY No. 1:17-CR-00314-VM |
|---|---|

| Authorization not requested by USA | **Date of No Seek Decision** 2/25/2018 |
|---|---|

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM

a 2010 RICO murder by the Brim Stone Mafia. All involved are African-American.

| Denfield, Joseph | S.D. NY No. 1:17-CR-00314-VM |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 2/25/2018 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | BM |

a 2010 RICO murder by the Brim Stone Mafia.  All involved are African-American.

| Bright, Frank | S.D. NY No. 1:18-CR-00056-KPF |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/28/2018 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | HM |

a 2014 drug robbery (Hobbs Act) gun murder.  The victim was shot in his car during a drug deal, tried to drive away and flipped his car. Duncan has five prior arrests including manslaughter and robbery.  Bright has two prior arrests including assault and gun possession.  The defendants are African-American, the victim Hispanic.

| Duncan, John | S.D. NY No. 1:18-CR-00056-KPF |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 6/28/2018 |

**Race & Gender of Def** | B | M | **Race & Gender of Vict(s)** | HM. |

a 2014 drug robbery (Hobbs Act) gun murder.  The victim was shot in his car during a drug deal, tried to drive away and flipped his car. Duncan has five prior arrests including manslaughter and robbery.  Bright has two prior arrests including assault and gun possession.  The defendants are African-American, the victim Hispanic.

| Villalta, Jerlin | E.D. NY No. 2:16-CR-00403-JFB |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 5/8/2017 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

eleven murders by the MS-13 gang, including high school girls.  Hernandez, Ortiz-Flores, Diaz and Villalta are charged in four murders, Portillo, Alexi Saenz and Jairo Saenz are charged in three, Contreras and Chavez in two murders and the rest in one.  The defendants are all illegal immigrants from El Salvador.  The victims are Hispanic and African-American.

| Rodriguez, Juan Negron | D. PR No. 3:18-CR-00211-DRD |
|---|---|
| Authorization not requested by USA | **Date of No Seek Decision** 3/26/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2015 carjacking gun murder.  All involved are Hispanic.

| Torres-Rojas, Jonathan | D. PR No. 3:18-CR-00211-DRD |

| Authorization not requested by USA | **Date of No Seek Decision** 3/26/2018 |

**Race & Gender of Def** | H | M | **Race & Gender of Vict(s)** | HM |

a 2015 carjacking gun murder. All involved are Hispanic.

| Romero, Edwin | S.D. NY No. 1:17-CR-00123-LAP |

| Authorization not requested by USA | **Date of No Seek Decision** 5/17/2018 |

**Race & Gender of Def** | His | M | **Race & Gender of Vict(s)** | HM |